

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-19-00844-CV

**IN THE INTEREST OF C.C.**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-53
The Honorable Selina Nava Mireles, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file his brief. Appellant's motion is GRANTED. Appellant's brief is due on February 28, 2020.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court